NOT FOR PUBLICATION

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JERRY K. WONG, | : | |
| Plaintiff, | : | Civil Case No. 14-2144 (FSH) |
| v. | : | **STANDING ORDER** |
| MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC., | : | Date: April 14, 2014 |
| Defendants. | : | |

**HOCHBERG, District Judge:**

The Court hereby orders the parties by **April 28, 2014** to each serve and file a submission providing the below information:

1. A full explanation of the alleged debt, including the name and any information obtained about the debtor, the amount of the debt, the name of the creditor to whom the debt is owed, and the name and address of the original creditor if different from the current creditor. **Attach supporting documentation**.

2. A full explanation of any ongoing or prior state court actions against the debtor regarding the alleged debt, and if there was a default judgment entered against the debtor, a statement if there was proof of service.

3. A full and detailed explanation of the alleged violation under the Fair Debt Collection Practices Act ("FDCPA"), including the specific sections of the statute that are alleged to have been violated.

4. A full explanation of the damages claimed under the FDCPA, including both statutory and actual damages, as well as any other remedy sought in connection with that statute.

If either party has a response to a submission, such a response shall be filed and served by **May 5, 2014**.

The Court also orders the parties to meet and confer with regard to a possible settlement on all issues in this case **exclusive of attorney's fees**. The conference shall be attended by an authorized representative of each party, accompanied with counsel for each party. If settlement can be reached on all issues in this case except for attorney's fees, this Court will determine the issue of attorney's fees after submissions by the parties.

                          **IT IS SO ORDERED.**

                          /s/ **Faith S. Hochberg**_____
                          Hon. Faith S. Hochberg, U.S.D.J.